**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

**IN RE:**

**KEVIN R MARKS**

|  |
|  |

**CHAPTER 13**
**CASE NO. 26-60293**

**Debtor**

## TRUSTEE'S OBJECTION TO CONFIRMATION, MOTION TO DISMISS OR RE-CONVERT CASE, MOTION TO DISGORGE ATTORNEY'S FEES, AND REQUEST FOR DOCUMENTS AND AMENDMENTS

COMES NOW the Chapter 13 Trustee, and (i) submits this request for documents and amendments from the Debtor(s) following the meeting of creditors, (ii) objects to confirmation of the Plan filed on 06/06/2026 (iii) moves to dismiss or re-convert this case unless all of the objections and requests for documents and amendments have been resolved prior to the hearing, and (iv) moves to disgorge attorney's fees. The hearing on the Trustee's objection to confirmation and motions shall be held on:

**July 30, 2026 at 9:30 a.m.**

Parties should contact Judge Connelly's courtroom deputies at
VAWBml_Connelly_Scheduling@vawb.uscourts.gov
to obtain video access instructions and Zoom access information

1.  The Trustee requests the Debtor to provide the following documents, or file with the Court the following amendments and pleadings, at least ten (10) days before the hearing noticed herein, to assist in resolving the Trustee's objections:

    **Documents - Income**
    - Copy of paystubs for the following period: 60 Days.
    - Bank and financial statements from all personal and business accounts for the period of: March 2026 (all accounts) OR Pay 100%.

    **Documents - Other**
    - Debtor Failed to Appear at the originally scheduled 341 Meeting of Creditors on June 22, 2026. Bryan Ragland, attorney for Commonwealth Property Investments, LLC, appeared. Meeting of Creditors continued to 7/6/2026 at 11:30 AM via Zoom: Meeting ID 521 328 9393, Passcode 0411151273.
    - File a pre-confirmation affidavit from Debtor(s), or other appropriate evidence to satisfy matters addressed in the affidavit.

    **Pleadings**
    - Submit a wage order or establish automatic and recurring TFS account for plan payments.

2.  The Trustee objects to confirmation of the plan and requests that the Plan be amended to address the following issues:

    **Amend Plan or Suggest Confirmation Order Language**
    - Amend the plan to provide for the secured claim #1-2, or object to the claim, filed by Louisa County Treasurer for $1,586.54 (no provision for secured).

    **Objections**
    - The Trustee objects to the Debtor's Attorney's fees in light of the pleadings, infeasible plan, and lack of adequate disclosure; and, requests this Court to disgorge the $1,162 previously paid to Mr. Shareff.

KEVIN R MARKS

Case No. 26-60293

Page 2

- The Debtor will not be able to make all payments under the plan because the plan is not feasible pursuant to 11 U.S.C. Section 1325(a)(6). Debtor's Schedules I and J are $240/month negative.  His total income this year is $3,825 and last year total income was only $3,491. THE TRUSTEE MOVES TO CONVERT CASE BACK TO CHAPTER 7.

3. The Trustee prays that any confirmation order entered in this case shall include the following other provisions:

   **Conf - Must Pay 100%**
   - The Plan must yield 100% to allowed unsecured creditors pursuant to 11 U.S.C. Section 1325 (a) (4) Chapter 7 Test, and Debtor(s) shall promptly amend this confirmed plan if allowed claims are higher than anticipated and the plan no longer yields 100% to such creditors.

4. The Trustee shall ask for dismissal or conversion of the case if the Debtor does not timely commence making Plan payments at the rate and in the amounts stated in their Plan. If the Plan calls for payments through an automatic wage deduction from an employer, the Debtor must make payments directly to the Trustee until the wage deduction takes effect.

   **WHEREFORE,** your Trustee requests that the Court convert or dismiss this case if the Debtor fails to do any of the following: (i) resolve the objections noticed herein, (ii) provide the requested modifications, documents, amendments, and/or actions; (iii) appear at the adjourned Meeting of Creditors; (iv) remain current in Plan payments; or (v) file a confirmable and feasible Plan.

Dated: June 22, 2026

/s/ Shannon Morgan

Shannon Morgan
Attorney for the Chapter 13 Trustee,
Angela M. Scolforo
P. O. Box 2103
Charlottesville, VA  22902
Ph: 434-817-9913
Email: ch13staff@cvillech13.net

## CERTIFICATE OF SERVICE

I certify that a true copy of this Trustee's Request for Documents and Amendments, Objection to Confirmation, and Motions to Dismiss or Re-Convert and to Disgorge Attorney's Fees was served by first class mail, postage paid, upon the Debtor and served electronically upon the Debtor's counsel on June 22, 2026.

/s/ Shannon Morgan

Shannon Morgan
Attorney for the Chapter 13 Trustee,
Angela M. Scolforo
P. O. Box 2103
Charlottesville, VA  22902
Ph: 434-817-9913
Email: ch13staff@cvillech13.net