

**SIGNED THIS 7th day of August, 2026**

_Rebecca B. Connelly_
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

In re:                                                    )
      KEVIN MARKS                          **Case No: 26-60293**

                               )   **Chapter 13**

            Debtor(s).                     )

## ORDER CONTINUING MATTER(S)

This matter is before the Court on:

☒      Confirmation of the debtor's (hereinafter, either singularly or collectively, the "debtor") proposed Chapter 13 plan, or approval of any modifications thereto, and any objections thereto;

☒      The trustee's motion to dismiss, motion to convert, related response and any related application for fees;

☐      A motion for relief filed by Creditor's Name and any responses thereto;

☒      Other pleading:  motion to reconvert to chapter 7, motion to disgorge attorney's fees

For cause, it is hereby **ORDERED**:

1. ☒      The hearing on the above referenced matters is:

☒(a)  **CONTINUED** to **Thursday, September 10, 2026 at 9:30 AM.**

☐(b)  **CONTINUED** to the same date and time as any hearing on the modified plan to be filed as required in paragraph 6 below.

Regardless of either option selected above, if any pleading seeks to extend, impose, lift or modify the automatic stay and is continued by the terms of this Order, then the automatic stay shall also remain in effect through the continued hearing date as set forth herein.

**LOCATION:  The hearing shall be held:**
**via ZOOM (Judge Rebecca B. Connelly) zoomgov.com MEETING ID 160 369 2643**

2. ☒   At any continued hearing related to confirmation of the plan, approval of a modified plan, or motion to dismiss, upon cause shown by any party, the court may dismiss the case.

3. ☒   The trustee must receive a payment of $500  in collected funds such that the amount must post to the trustee's account on or before August 7, 2026 If the trustee does not timely receive the payment, then:

   a.  ☒ Upon the trustee's certification, the debtor shall have fourteen (14) days to file a response, and if one is filed it shall be heard at the continued date and time provided in paragraph one, however, if no response is filed within fourteen (14) days, then the case shall be dismissed

   b.  ☐ Upon the trustee's certification, the case shall be dismissed without further notice or hearing.

   c.  ☐ The debtor shall appear at the time and location stated in paragraph one and show cause why the case should not be dismissed or converted to chapter 7.

4. ☐   Counsel for the debtor shall submit a wage deduction order to the court no later than  WDO submission date or the debtor shall appear at the continued hearing date to show cause why no wage deduction order should be entered.

5. ☐   Confirmation of the debtor's pending Chapter 13 plan is **DENIED**.

6. ☒   The debtor shall have to August 10, 2026 to file an amended plan.  Upon failure to do so, or to request an extension of time prior to the due date for the modified plan, this case shall be dismissed without further notice or hearing.

   Should a modified plan be timely filed, counsel shall serve it in accord with existing procedures and orders of this Court.

7. ☐   Should the trustee be prepared to recommend confirmation, a confirmation order may be submitted for entry prior to the continued hearing provided that the confirmation order is endorsed by every party having filed an objection to confirmation.

8. ☒   Other provisions: By August, 10 2026 the Debtor shall provide proof of higher income and amended Schedules I&J.

   Other provisions

This Order shall be provided electronically via CM/ECF upon all parties who filed the pleadings, responses or appearances.  Debtor's counsel shall provide the Debtor with a copy of this Order via first class mail, postage prepaid.  If a party appearing in any of the matters referenced above is not registered for CM/ECF or appears pro se, then Debtor's counsel shall ensure a copy of the Order is mailed first class mail, postage prepaid.

**\*\*END OF ORDER\*\***

We consent:

| | |
|---|---|
| /s/   Angela Scolforo | /s/   Steven Shareff, Esquire VSB#24323 |
| Chapter 13 Trustee | Debtor's counsel |
| | PO Box 729 |
| (if applicable): | Louisa VA 23093 |
| /s/   Bryan Ragland | 540 748 2176 |
| Counsel for:   Counsel for Commonwealth Property Investments | Eleban39@aol.com |