B420A (Official Form 20A) (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court
### Western District of Virginia

| | | |
|---|---|---|
| In re | **Kevin R Marks** | ) |
| | | ) |
| | _____ | ) |
| | | ) |
| | Debtor | )   Case No. |
| | | )   **26-60293** |
| | | ) |
| | | ) |
| | **8796 Poindexter Road** | ) |
| Address | **Louisa, VA 23093** | )   Chapter   **13** |

Last four digits of Social Security or Individual
Tax-payer Identification (ITIN) No(s).,(if any):   **xxx-xx-8744**   )
Employer's Tax Identification (EIN) No(s). (if any):   )
_____   )

## NOTICE OF HEARING

Please take notice that on September 10, 2026 at 9:30 a.m. a hearing will be held on Counsel for the Debtor's Motion to Withdraw by zoomgov videoconference. The meeting identification number is 1603692643.

## MOTION TO WITHDRAWAL AS COUNSEL FOR THE DEBTOR

Comes now counsel for the debtor and as and for his motion to withdraw as counsel for the debtor.

1. Debtor's counsel and the debtor have agreed that undersigned counsel will seek to withdraw as debtor's counsel.
2 Debtor's counsel is refunding the attorney's fees paid to him prepetition and is claiming no attorney's fee in this case.
3 Debtor's counsel is presently assisting debtor in finding substitute counsel before the September 10, 2026 confirmation hearing and it is anticipated that the substitute counsel will be awarded the attorney fee provided for in the amended chapter 13  plan
Wherefore counsel prays that his motion be granted

| | | |
|---|---|---|
| Date   **August  9, 2026** | Signature | **/s/ Steven Shareff** |
| | Name | **Steven Shareff 24323** |
| | Address | **Steven Shareff, Esquire** |
| | | **PO Box 729** |
| | | **Louisa, VA 23093** |
| | | **540 748 2176** |

Certificate of Service

I hereby certify that a copy of the foregoing was served by mail on all creditors and the debtor and chapter 13 trustees this 9th day of August, 2026

/s/ Steven Shareff