UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re: Kevin R. Marks — Case No.: 26-60293

Debtor — Chapter 13

**OPPOSITION AND OBJECTION TO CHAPTER 13 PLAN FILED AUGUST 10, 2026**

NOTICE

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then you must attend the hearing on this matter. Otherwise the Court may deem any opposition waived, treat the objection as conceded, and issue an order granting the requested relief without further notice or hearing.

**THE HEARING IS SCHEDULED TO BE HELD BY VIDEO CONFERENCE ON 9/10/2026 at 9:30AM BEFORE THE HONORABLE REBECCA CONNELLY. FOR ACCESS INSTRUCTIONS, Parties should contact Judge Connelly's courtroom deputies at VAWBml_Connelly_Scheduling@vawb.uscourts.gov to obtain video access instructions and Zoom access information.**

**COMES NOW**, Creditor, Commonwealth Property Investments, LLC, (hereinafter "CPI") by and through it's attorney, and hereby Opposes and Objects to Debtor's Chapter 13 Plan and in support thereof states as follows:

1. On March 11, 2026, the Debtor(s) filed a Chapter 7 case, which was converted to Chapter 13 on May 28, 2026.
2. On August 9, the first modified plan was filed in this case, proposing to include prepetition arrears owed to CPI, in the amount of $9,015.58, and post-petition arrears owed to CPI in the amount of $2,435.00, since no post-petition mortgage

payments had been made by the Debtor since either the Chapter 7 case filing or the date of conversion to Chapter 13.

3. The Deed of Trust and note held by CPI requires the Debtor to keep and maintain homeowner's insurance on the real estate covered under the instrument (See Proof of Claim 3, Note paragraph 9, Page 22.) This is not an escrowed loan. Based on the proof of claim number 1 filed by Louisa County, there does not appear to be maintenance of taxes upon the real estate. Creditor through Counsel requested a copy of any homeowners policy from Debtor's Counsel which has not been furnished. The Debtor also has not included any line item for payment of taxes and insurance upon the real estate, on an ongoing basis. It is believed that no such coverage is in place, as such would not be affordable or feasible under the budget as filed.

4. CPI filed a notice of post-petition fees and costs owed due to their filing of the instant case totaling $1,950.00, and includes reviewing the petition and the first plan filed in this case, objecting to that plan, attending the confirmation hearing, attending the meeting of creditors (which was not attended by the Debtor) and second (rescheduled) meeting of creditors, reviewing the first proposed modified plan, and preparing this objection all of which remain unfunded by the current plan.

5. Without a sufficient budget to cover the costs of insurance and taxes, and proposing to include post-petition owed arrears, and not funding the post-petition fee notice evidences that the Plan was not proposed in good faith and is not

feasible and is not eligible for confirmation under 11 U.S.C. §1325 a (3) and 11 U.S.C. §1325 a (6).

WHEREFORE, Commonwealth Property Investments, LLC, by and through its attorney, opposes and objects to confirmation of the Debtors Chapter 13 Plan, and for such other and further relief as is just.

Date: 8/14/2026

Respectfully submitted,

_/s/_Bryan L. Ragland____________
Bryan L. Ragland VSB 84339
Counsel for Creditor, Commonwealth Property Investments, LLC
4107 Plank Road, Suite B
Fredericksburg, VA 22407
(540) 404-5000

Date: __8/14/2026___

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 14th day of August, 2026, served via ECF authorized users or mailed a true copy of the foregoing Opposition and Objection to Debtors Chapter 13 Plan to the following parties.

Kevin R. Marks
8796 Poindexter Road
Louisa, VA 23093

And

Steven Shareff via cm/ecf

And

Angela M. Scolforo, Chapter 13 Trustee

_/s/ Bryan L. Ragland___________
Bryan L. Ragland, VSB 84339
Counsel for Creditor
4107 B Plank Road
Fredericksburg, VA 22407
540-404-5000