**SIGNED THIS 15th day of August, 2023**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| IN RE: | |
| BRIAN WESLEY TATE, and<br>TARREN TOMEA TATE, | Chapter 7<br>Case Number 23-60471 |
| Debtors. | |
| JOHN P. FITZGERALD, III,<br>United States Trustee For Region Four, | |
| Movant, | |
| *v.* | |
| BRIAN WESLEY TATE, and<br>TARREN TOMEA TATE, | |
| Respondents. | |

**ORDER GRANTING *MOTION FOR ENTRY OF A CONSENT ORDER***

The matter before the Court is the United States Trustee's *Motion For Entry Of A Consent Order*. With the consent of the parties, the Court finds that: jurisdiction over this case and matter is proper; venue is proper; this is a core proceeding; Steven Shareff does not contest the facts alleged in the *Motion For Entry Of A Consent Order*; cause exists to grant the relief contained in

this Order; and, the parties consent to the relief granted in this Order. Finding it proper to do so, it is

ORDERED

that:

1. within 21 days of the entry of this Order, Steven Shareff shall return $900.00 to the Debtors;

2. within 28 days of the entry of this Order, Steven Shareff shall file a certification with the Court stating whether he has complied with paragraph 1 above;

3. that for any case filed by Steven Shareff after the date of the entry of this Order, Steven Shareff will comply with the following terms and conditions:

a. prior to filing any bankruptcy case (except in the case of emergencies such as imminent foreclosure, repossession or garnishment or for other good cause shown), Steven Shareff will assemble all documentation ordinarily required by the chapter 7 panel and/or chapter 13 standing trustees and shall promptly furnish reasonably requested documentation to the case trustee;

b. prior to filing any bankruptcy case (except in the case of emergencies such as imminent foreclosure, repossession or garnishment or for other good cause shown), Steven Shareff will assemble all documentation ordinarily required to assist the debtors to accurately complete the schedules, statements, and other documents filed with the Court. Steven Shareff shall promptly furnish reasonably requested documentation to the case trustee;

c. Steven Shareff will personally review with the client the version of the schedules, statements, and any other documents bearing the client's electronic

endorsement and filed with the court and witness their signature on the documents or otherwise comply with Standing Order 20-3 or such Order or Local Rule that might subsequently supersede Standing Order 20-3;

d. In his review of the schedules, statement of financial affairs, and other documents filed on behalf of his clients in connection with the case, Steven Shareff will personally compare the information contained in the documents filed with the Court to ensure that the information is consistent with other items listed in the documents, and is consistent with tax returns, pay advices, and other documentation that he obtains from the debtors; and

e. Except in the case of emergencies such as imminent foreclosure, repossession or garnishment or for other good cause shown, Steven Shareff will file all required schedules, statements, and other documents with the petition;

4. Other than the motion to review attorney fees filed by the United States Trustee in the above-captioned case, Steven Shareff understands and agrees that the United States Trustee has not agreed, to forbear from taking any other lawful action against Steven Shareff either in United States Bankruptcy Court or otherwise, and that in the event of such action, the United States Trustee is not prohibited by the entry of this Order resolving the *Motion To Review Fees And Conduct* from introducing any relevant evidence, including allegations that may have arisen prior to this agreement.

*** END OF ORDER ***

Presented by:
United States Trustee
By: /s/ W. Joel Charboneau
W. Joel Charboneau (VSB #68025)
210 First Street, S.W., Suite 505
Roanoke, Virginia 24011
Telephone: (540) 857-2699
joel.charboneau@usdoj.gov
Trial Attorney for the United States Trustee

Seen and agree:
Steven Shareff
By: /s/ Steven Shareff (by W. Joel Charboneau with permission)
Steven Shareff, Esq. (VSB #24323)
Post Office Box 729
Louisa, Virginia 23093
Eleban39@aol.com
540-748-2176
Counsel for the Debtors

Seen:
Chapter 7 Trustee
By: /s/ Hannah W. Hutman
Hannah W. Hutman (VSB#79635)
*hhutman@hooverpenrod.com*
HOOVER PENROD PLC
342 South Main Street
Harrisonburg, Virginia 22801
540/433-2444
540/433-3916 (Facsimile)
Chapter 7 Trustee