U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

IN RE: Kevin R. Marks

Debtor

Chapter 13
Case No. 26-60293

**SUBSTITUTION OF ATTORNEY**

1. The name of the Debtor(s) making this Substitution of Attorney is: Kevin R. Marks

2. The name, address and telephone number of the New Attorney are:
Marshall M. Slayton
Slayton Law, PLC
913 East Jefferson Street
Charlottesville, VA 22902
(434) 979-7900

3. The New Attorney hereby appears in the above-referenced bankruptcy.

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney: Steven Shareff.

Dated: 8/18/2026

/s/ Kevin R. Marks
Kevin R. Marks

I CONSENT TO THE ABOVE SUBSTITUTION:

/s/ Steven Shareff
Steven Shareff
PO Box 729
Louisa, VA 23093
540-748-2176

Dated: 8/19/2026

I am duly admitted to practice in this district. The above substitution is accepted.

/s/ Marshall M. Slayton
Marshall M. Slayton, VSB # 37362

Dated: 8/19/2026